AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RICHARD M.,
    *Plaintiff*
v.
MARTIN O'MALLEY, Commissioner of Social Security,
    *Defendant*

Civil Action No. 1:23-cv-03142-EFS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 09, 2024**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Commissioner's Motion to Remand, ECF No. 12, is GRANTED.
Plaintiff's Opening Brief, ECF No. 8, is TERMINATED.
Judgment entered in favor of Plaintiff; REVERSING and REMANDING the matter to the Commissioner of Social Security for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a cross motions.

Date: 4/9/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
    *(By) Deputy Clerk*
Lee Reams